```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    NAKRY HOK
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) No. 2:11-CR-219 GGH
                                 )
14          Plaintiff,           ) STIPULATION AND ORDER
                                 ) CONTINUING STATUS CONFERENCE
15      v.                       ) AND EXCLUDING TIME
                                 )
16  NAKRY HOK,                   )
                                 ) Date:  November 7, 2011
17          Defendant.           ) Time:  9:00 a.m.
                                 ) Judge: Gregory G. Hollows
18  _____)

19
```

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, NAKRY HOK, through their respective attorneys, that the status conference presently scheduled for November 7, 2011, may be continued to December 5, 2011, at 9:00 a.m.

Defense counsel recently returned from an extended medical leave. The parties intend to meet during the next two weeks so that the defense can air the results of its investigation and propose a resolution.

For these reasons, the parties agree that the ends of justice to be served by the granting of a continuance outweigh the best interests of

the public and the defendant in a speedy trial.  They ask that time under the Speedy Trial Act be excluded through December 5, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  November 1, 2011        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for NAKRY HOK


                                BENJAMIN B. WAGNER
                                United States Attorney

Dated:  November 1, 2011        /s/ T. Zindel for D. Stevens
                                DAVID STEVENS
                                Assistant U.S. Attorney


# O R D E R

The status conference is continued to December 5, 2011, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through December 5, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 3, 2011

 /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE