1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   NAKRY HOK

7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. 2:11-CR-219 GGH
                                  )
14                 Plaintiff,     )  **STIPULATION AND ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
15     v.                         )  **AND EXCLUDING TIME**
                                  )
16 NAKRY HOK,                     )
                                  )  Date: December 5, 2011
17                 Defendant.     )  Time: 9:00 a.m.
                                  )  Judge: Gregory G. Hollows
18 _____)

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, NAKRY HOK, through their respective attorneys,
22 that the status conference presently scheduled for December 5, 2011, may
23 be continued to January 23, 2012, at 9:00 a.m.

24     Counsel for defendant intends to meet next week with the newly-
25 assigned prosecutor to propose a resolution, but he will need time to
26 digest everything given to him.

27     For these reasons, the parties agree that the ends of justice to be
28 served by the granting of a continuance outweigh the best interests of

the public and the defendant in a speedy trial.  They ask that time under the Speedy Trial Act be excluded through January 23, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  November 30, 2011        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for NAKRY HOK


                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated:  November 30, 2011        /s/ T. Zindel for D. Stevens
                                 DAVID STEVENS
                                 Assistant U.S. Attorney

**O R D E R**

The status conference is continued to January 23, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through January 23, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: December 1, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Stip & Order                            -2-