1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   NAKRY HOK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-219 GGH |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| NAKRY HOK, | ) | Date: January 23, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Gregory G. Hollows |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, NAKRY HOK, through their respective attorneys, that the status conference presently scheduled for January 23, 2012, may be continued to February 27, 2012, at 9:00 a.m.

Counsel for the parties are considering two alternative resolutions. Additional time is needed to obtain and review information before the parties choose how to resolve the case. Also, defense counsel seeks additional time because of the need to schedule the lone Cambodian interpreter in the district in order to confer with his client. For

these reasons, the parties agree that the ends of justice to be served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial. They ask that time under the Speedy Trial Act be excluded through February 27, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 19, 2012  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for NAKRY HOK

BENJAMIN B. WAGNER
United States Attorney

Dated: January 19, 2012  /s/ T. Zindel for J. Lee
JUSTIN LEE
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 27, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through February 27, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 20, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Stip & Order -2-