1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   NAKRY HOK
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        ) No. 2:11-CR-219 GGH
                                     )
14              Plaintiff,           ) **STIPULATION AND ORDER**
                                     ) **CONTINUING STATUS CONFERENCE**
15      v.                           ) **AND EXCLUDING TIME**
                                     )
16  NAKRY HOK,                       )
                                     ) Date:  February 27, 2012
17              Defendant.           ) Time:  9:00 a.m.
                                     ) Judge: Gregory G. Hollows
18  _____  )

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Nakry Hok, through their respective attorneys,

22  that the status conference presently scheduled for February 27, 2012, may

23  be continued to March 26, 2012, at 9:00 a.m.

24       Counsel for the parties are considering two alternative resolutions.

25  Defense counsel will meet next week with Ms. Hok and the interpreter to

26  obtain additional information relative to the proposed resolution.  So

27  that remaining tasks may be completed, the parties agree that the ends of

28  justice to be served by the granting of a continuance outweigh the best

| | |
|---|---|
| 1 | interests of the public and the defendant in a speedy trial.  They ask |
| 2 | that time under the Speedy Trial Act be excluded through March 26, 2012, |
| 3 | pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). |

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  February 23, 2012                /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for NAKRY HOK


                                         BENJAMIN B. WAGNER
                                         United States Attorney

Dated:  February 23, 2012                /s/ T. Zindel for J. Lee
                                         JUSTIN LEE
                                         Assistant U.S. Attorney


**O R D E R**

The status conference is continued to April 9, 2012, at 2:00 p.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through April 9, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  February 23, 2012

  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE