1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

Attorney for Defendant
NAKRY HOK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-219 GGH |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **VACATING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| NAKRY HOK, | ) |
| | ) Date: March 26, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Gregory G. Hollows |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Nakry Hok, through their respective attorneys, that the status conference presently scheduled for March 26, 2012, MAY BE VACATED.

The parties have reached an agreement to defer prosecution of Ms. Hok. The written agreement has yet to be finalized because of an outstanding issue re overpayment of benefits, but the parties expect to resolve that issue over the next four weeks, finalize their agreement, and close the case. In light of their agreement, the parties ask the

Court to order time under the Speedy Trial Act excluded commencing with the date of this Order pursuant to 18 U.S.C. § 3161(h)(2) (Local Code I), on grounds that the government has opted to defer prosecution in order to allow Ms. Hok to demonstrate her good conduct.

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

Dated: March 22, 2012             /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for NAKRY HOK


                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: March 22, 2012             /s/ T. Zindel for J. Lee
                                              JUSTIN LEE
                                              Assistant U.S. Attorney

## O R D E R

The status conference is vacated. Pursuant to the parties' agreement, the Court orders time under the Speedy Trial Act excluded, commencing with the date of this Order, pursuant to 18 U.S.C. § 3161(h)(2).

IT IS SO ORDERED.

Dated: March 22, 2012

                          /s/ Gregory G. Hollows
                     UNITED STATES MAGISTRATE JUDGE