```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00219-GGH |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING MATTER |
| | ) | WITHOUT PREJUDICE |
| v. | ) | |
| | ) | |
| NAKRY HOK, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the Stipulation to Dismiss Matter Without Prejudice, it is hereby ORDERED that the above captioned matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: July 9, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE